USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 02/13/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BERNABE SANCHEZ GONZALEZ, *individually and on behalf of all other employees similarly situated*,

                Plaintiff,

– against –

TRIBECA HUMMUS INC., *doing business as Nish Nush*, EYAL HEN, EYAL ASULIN, SHAI SUDAI,

                Defendants.

**ORDER**

18 Civ. 10664 (ER)

---

Ramos, D.J.:

Bernabe Sanchez Gonzales ("Sanchez"), individually and on behalf of all other employees similarly situated, brought this action against his former employer, Tribeca Hummus Inc. d/b/a Nish Nush, and its owners, shareholders and managers including Eyal Hen, Eyal Asulin, Shai Sudai, under the Fair Labor Standards Act of 1938, 29 U.S.C. §§ 201 ("FLSA"), the New York Labor Law ("NYLL"), and the New York Wage Theft Prevention Act to recover minimum wages, overtime wages, liquidated damages, interest, attorney's fees and costs owed. Doc. 8. On January 29, 2020, this Court approved the parties' settlement. Doc. 33. Accordingly, the Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated:    February 13, 2020
           New York, New York

                                          _____
                                          Edgardo Ramos, U.S.D.J.